IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| SAMUEL CARTER,<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF HAWAII; KYLE MESA; TOMMY WATERS; JOE LOGAN; YONGMING HUANG; KAIMI MEAD; BLANCO FLORAND; PAI KENRIC; and REGO JORDAN,<br><br>Defendants. | 26-CV-00293-HG-KJM |

**ORDER ADOPTING WITH MODIFICATION THE MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION TO: (1) DISMISS THE COMPLAINT WITH LIMITED LEAVE TO AMEND; AND (2) DENY PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF NO. 6)**

On July 29, 2026, the Magistrate Judge filed the Findings and Recommendation. (ECF No. 6). No written objections to the proposed Findings and Recommendation have been filed by any party.

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the FINDINGS AND RECOMMENDATION TO: (1) DISMISS THE COMPLAINT WITH LIMITED LEAVE TO AMEND; AND (2) DENY PLAINTIFF'S APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS (ECF NO. 6) is **ADOPTED WITH MODIFICATION** as the Order of this Court.

**MODIFICATION**:

1. On page 6, line 1, **REPLACE** *Child* **WITH** *Client*.
2. On page 6, line 2, **REPLACE** 2026 **WITH** 2023.
3. On page 8, line 2, **REPLACE** 1999 **WITH** 1989.
4. On page 9, line 18, **ADD** a comma after the word however.

**CONCLUSION**

1. The Complaint (ECF No. 1) is **DISMISSED.**
   A. For the reasons set forth in the Findings and Recommendation, Plaintiff's 42 U.S.C. § 1983 and 42 U.S.C. § 1985 claims against the State of Hawaii are **DISMISSED WITH PREJUDICE.**
   B. As to the remaining Defendants, Plaintiff is granted **LIMITED LEAVE** to file an Amended Complaint that cures all deficiencies identified in the Findings and Recommendation on or before **Friday, September 4, 2026.**
2. The Application to Proceed Without Prepayment of Costs (ECF No. 5) is **DENIED.** Plaintiff is **GRANTED LEAVE** to file another Application to Proceed Without Prepayment of Costs if Plaintiff chooses to file an Amended Complaint.
3. Failure to file an Amended Complaint and an Application to Proceed Without Prepayment of Costs in full conformance with the Federal Rules of Civil Procedure, the District of Hawaii Local Rules, and the Orders of this Court on or before the

deadline will result in the automatic dismissal of this action.

IT IS SO ORDERED.

Dated: Honolulu, Hawaii, August 19, 2026.

Helen Gillmor
United States District Judge

**<u>SAMUEL CARTER v. STATE OF HAWAII; KYLE MESA; TOMMY WATERS; JOE LOGAN; YONGMING HUANG; KAIMI MEAD; BLANCO FLORAND; PAI KENRIC; and REGO JORDAN</u>**; 26-cv-00293-HG-KJM; Order Adopting with Modification the Magistrate Judge's Findings and Recommendation To: (1) Dismiss the Complaint with Limited Leave to Amend; and (2) Deny Plaintiff's Application to Proceed in District Court Without Prepaying Fees or Costs (ECF NO. 6)